UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2554(JMR/RLE)

| | | |
|---|---|---|
| Anthony Arthur | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Grede Foundries Inc. | ) | |

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: February 12th, 2002

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED FEB 14 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______